THIS OPINION HAS NO
 PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Walter Mortgage
 Company, Respondent,
 v.
 Natasha L.
 Green and Shilon L. Green, Appellants.
 
 
 

Appeal From Chester County
William O. Spencer, Jr., Special Referee
Unpublished Opinion No.   2011-UP-071
Submitted January 4, 2011  Filed February
 23, 2011
AFFIRMED

 
 
 
 Natasha Green and Shilon Green, pro se, of McBee, for Appellants.
 J. Kershaw Spong, of Columbia, for Respondent.
 
 
 

PER CURIAM:  In this
 foreclosure action, Natasha and Shilon Green appeal a special referee's
 grant of summary judgment to Walter Mortgage Company.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: S.C. Dep't
 of Transp. v. First Carolina Corp. of S.C., 372 S.C. 295, 301, 641 S.E.2d
 903, 907 (2007) ("'[A]n issue cannot be raised
 for the first time on appeal, but must have been raised to and ruled upon by
 the trial judge to be preserved for appellate review.'" (quoting Wilder
 Corp. v. Wilke, 330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998))); Helms
 Realty, Inc. v. Gibson-Wall Co., 363 S.C. 334, 339, 611 S.E.2d 485, 487-88
 (2005) ("Appellant[s] ha[ve]
 the burden of providing a sufficient record."); Cowburn v. Leventis,
 366 S.C. 20, 41, 619 S.E.2d 437, 448 (Ct. App. 2005) ("When a trial court
 makes a general ruling on an issue, but does not address the specific argument
 raised by a party, that party must make a Rule 59(e) motion asking the trial court to rule on the issue in
 order to preserve it for appeal.").
AFFIRMED.
HUFF and LOCKEMY, JJ., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.